IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARTHUR CENTENO, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-01259-JKP |
| vs. | § § § | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § § § | |
| *Defendant.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Carrie D. Holloway's Notice to Withdraw as Counsel [#22]. Ms. Holloway asks for leave to withdraw as counsel for Defendant State Farm Automobile Insurance Company because she has resigned her position with Lindow, Stephens, Treat LLP, the firm representing Defendant. Ms. Holloway informs the Court that Amanda N. James and David R. Stephens will represent Defendant in this action. Plaintiff does not oppose the withdrawal and substitution.

**IT IS THEREFORE ORDERED** that Carrie D. Holloway's Notice to Withdraw as Counsel [#22] is **GRANTED**.

**IT IS FURTHER ORDERED** that Carrie D. Holloway is **WITHDRAWN** as counsel for Defendant.

**IT IS FURTHER ORDERED** that Amanda N. James of the law firm of Lindow, Stephens, Treat LLP be substituted as counsel of record. The contact information for Ms. James is as follows:

> Amanda N. James
> Lindow, Stephens, Treat, LLP
> 700 N. St. Mary's Street, Suite 1700

1

San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
ajames@lstlaw.com

**IT IS SO ORDERED.**

SIGNED this 30th day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE